# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**CATHY MARSHALL**                                                  **PLAINTIFF**

**V.**          **CASE NO.: 3:12CV00177 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                              **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Cathy Marshall. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE