IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CATHY MARSHALL**                                                                       **PLAINTIFF**

V.                              **CASE NO.: 3:12CV00177 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                              **DEFENDANT**

## ORDER

Plaintiff Cathy Marshall has moved for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Docket entry #15) In her motion, Ms. Marshall requests fees and expenses in the amount of $1,756.55. The Commissioner does not object to the amount requested. (#17) Accordingly, Ms. Marshall's motion (#15) is GRANTED, and she is awarded $1,756.55 in fees and expenses, subject to offset if she has outstanding federal debts.

DATED this 29th day of August, 2013.

_____
UNITED STATES MAGISTRATE JUDGE